**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Cleveland KILGORE, Defendant— Appellant.**

**No. 07–7706.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 27, 2008.

Cleveland Kilgore, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Michele Walls Sartori, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

280

PER CURIAM:

Cleveland Kilgore appeals the district court's order denying his "Motion for Relief Writ of Error Coram Nobis 60(b)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kilgore,* No. 8:06–cr–00115–RDB (D.Md. Oct. 17, 2007). We deny Kilgore's motion for release pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.